[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-14040
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 13, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 06-20596-CR-ASG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CESAR NAHUM MONTUFAR,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

(May 13, 2009)

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Elio Vazquez, appointed counsel for Cesar Nahum Montufar in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Montufar's conviction and sentence are **AFFIRMED**.